UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

REBECCA DEATON,                                        Case No. 6:13-cv-00894-HA

        Plaintiff,                                        ORDER

        v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

---

HAGGERTY, District Judge:

It is hereby ORDERED that attorney fees in the amount of $6,500.00, are awarded to

Plaintiff pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. The amount of

this award shall be paid to Plaintiff's attorney upon verification that Plaintiff validly assigned

these EAJA fees to her attorney and that Plaintiff has no debt which qualifies for offset against

the award, pursuant to the Treasury Offset Program. *See Astrue v. Ratliff*, 130 S. Ct. 2521

(2010). If Plaintiff has no such debt and there is a valid assignment, then a check shall be made

1 -- ORDER

out to Plaintiff's attorney, and mailed to Plaintiff's attorney's office as follows: Rory J. Linerud, at

P.O. Box 1105, Salem, OR 97308-1105.  If Plaintiff has a debt, and/or if there is no valid

assignment, then a check for any remaining funds, after any offset of the debt, shall be made to

Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

IT IS SO ORDERED.

DATED this 27 day of October, 2014.

Ancer L. Haggerty
United States District Judge

2 -- ORDER